## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RENAISSANCE MARKETING CORPORATION, an Illinois corporation, and JULIA MEYER, an individual, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 11 C 1813 |
| RANDOM HOUSE, INC., a New York corporation, and MITCHELL ROGATZ, an individual, | ) ) ) ) | Judge Rebecca Pallmeyer<br><br>Magistrate Judge Michael Mason |
| Defendants. | ) ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Renaissance Marketing Corporation and Julia Meyer and defendants Random House, Inc. and Mitchell Rogatz hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own costs.

For Plaintiffs:

RENAISSANCE MARKETING
CORPORATION and JULIA MEYER

By:_____
One of Its Attorneys

Karl G. Leinberger
MARKOFF LEINBERGER LLC
180 West Washington
Suite 700
Chicago, Illinois 60602

For Defendants:

RANDOM HOUSE, INC.
and MITCHELL ROGATZ,

By:
One of Its Attorneys

Richard J. O'Brien
Constantine Koutsoubas
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: July 14, 2011

CHI 5985993v.1 07/14/2011